No. 09-11368. **Derrick Allen, Petitioner v. Florida.**

562 U.S. 876, 131 S. Ct. 186, 178 L. Ed. 2d 112, 2010 U.S. LEXIS 6514.

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District, denied.

Same case below, 16 So. 3d 152.

No. 09-11369. **Antonio M. Byrd, Petitioner v. Henry Steward, et al.**

562 U.S. 876, 131 S. Ct. 186, 178 L. Ed. 2d 112, 2010 U.S. LEXIS 6606.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 09-11371. **William A. Brewer, III, Petitioner v. Virginia.**

562 U.S. 876, 131 S. Ct. 186, 178 L. Ed. 2d 112, 2010 U.S. LEXIS 6663,

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

No. 09-11372. **Angel Zavala-Alonso, Petitioner v. United States.**

562 U.S. 876, 131 S. Ct. 186, 178 L. Ed. 2d 112, 2010 U.S. LEXIS 6933.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 369 Fed. Appx. 547.

No. 09-11373. **Frederick Ricardo Germany, Petitioner v. United States.**

562 U.S. 876, 131 S. Ct. 186, 178 L. Ed. 2d 112, 2010 U.S. LEXIS 6730.

October 4, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 984 A.2d 1217.

No. 09-11374. **Kent Frank, Petitioner v. United States.**

562 U.S. 876, 131 S. Ct. 186, 178 L. Ed. 2d 112, 2010 U.S. LEXIS 6874.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 599 F.3d 1221.

No. 09-11375. **Juan Alfredo German-Espinal, Petitioner v. United States.**

562 U.S. 876, 131 S. Ct. 186, 178 L. Ed. 2d 112, 2010 U.S. LEXIS 6761.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 09-11377. **Thelma Williams, Jr., Petitioner v. D. White, Warden, et al. (two judgments).**

562 U.S. 876, 131 S. Ct. 187, 178 L. Ed. 2d 112, 2010 U.S. LEXIS 6579,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.